```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DRUCILLA JOHNSON,                                              JUDGMENT
                                                               05-CV-2716 (DGT)
                        Plaintiff,

    -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                        Defendant.
-------------------------------------------------------------X
```

An Order of Honorable David G. Trager, United States District Judge, having been filed on March 31, 2006, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings; it is

ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings.

Dated: Brooklyn, New York
       July 12, 2006

                                                    s/Robert C. Heinemann
                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court